**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Hon. Esther Salas** |
| | : | |
| v. | : | |
| | : | **Crim. No. 25-689** |
| **WILFREDO AQUINO** | : | |
| | : | |
| | : | **SENTENCING SUBMISSION** |
| | : | **NOTICE OF THE UNITED** |
| | : | **STATES** |

Please be advised that, on May 5, 2026, the United States submitted

sentencing materials to the Court in this case concerning the defendant Wilfredo

Aquino.

Date: May 5, 2026

                         ROBERT FRAZER
                         United States Attorney

                         */s/ Mark J. Pesce*

By:   MARK J. PESCE
       Assistant U.S. Attorney